| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | John S. Battenfeld, Bar No. 119513<br>john.battenfeld@morganlewis.com |
| 3 | Brian D. Fahy, Bar No. 266750<br>brian.fahy@morganlewis.com |
| 4 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 5 | Los Angeles, California  90071-3132<br>Telephone:  +1.213.612.2500 |
| 6 | Facsimile:   +1.213.612.2501 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>Amy A. McGeever, Bar No. 296758 |
| 8 | amy.mcgeever@morganlewis.com<br>One Market, Spear Street Tower |
| 9 | San Francisco, California  94105-1596<br>Telephone:  +1.415.442.1000 |
| 10 | Facsimile:   +1.415.442.1001 |
| 11 | Attorneys for Defendants<br>AMAZON.COM, INC., a Delaware |
| 12 | Corporation and AMAZON LOGISTICS,<br>INC., a Delaware Corporation, |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PETTIE, an individual; and REY BORGE, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMAZON.COM, INC., a Delaware Corporation; AMAZON LOGISTICS, INC., a Delaware Corporation,<br><br>　　　　　　　Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a) AND CIVIL LOCAL RULE 7-1.1**<br><br>**[Fed. R. Civ. P. 7.1, Local Rule 7-1.1]** |

1  The undersigned, counsel of record for defendants AMAZON.COM, INC.,
2  a Delaware Corporation and AMAZON LOGISTICS, INC., a Delaware
3  Corporation, certifies that no other entity has a pecuniary interest in the outcome of
4  this case.  This representation is made to enable the court to evaluate possible
5  disqualification or recusal.
6  Amazon.com, Inc. and Amazon Logistics, Inc. have no parent company, and
7  no other publicly held company owns 10% or more of Amazon.com, Inc.'s or
8  Amazon Logistic, Inc.'s stock.

10 Dated:  April 29, 2019            MORGAN, LEWIS & BOCKIUS LLP

12            By    */s/Brian D. Fahy*
                       John S. Battenfeld
13                     Max Fischer
                       Brian D. Fahy
14                     Amy A. McGeever

15            Attorneys for Defendants
              AMAZON.COM, INC. and
16            AMAZON LOGISTICS, INC.